IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JULIE GRAHAM, individually,
and on behalf of all others
similarly situated,

    Plaintiff,

v.                                                                      Case No. 22-cv-00305-KG-GJF

BLUE CROSS AND BLUE SHIELD
of NEW MEXICO,

    Defendant.

## PARTIAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order (Doc. 32), filed September 18, 2023, Counts I and II of Plaintiff's Complaint are hereby dismissed with prejudice and Count III is hereby dismissed without prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE